IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>    v.<br><br>OU T. SAETERN,<br><br>                  Defendant. | CASE NO. 2:18-PO-00054-CKD<br><br>ORDER TO DISMISS AND VACATE STATUS CONFERENCE |

## ORDER

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss Case Number 2:18-po-00054-ckd, United States v. Ou Saetern, without prejudice is GRANTED.

It is further ordered that the status conference set for August 16, 2018 at 9:30 a.m. is vacated.

IT IS SO ORDERED.

Dated: July 18, 2018

                                                      _____
                                                      CAROLYN K. DELANEY
                                                      UNITED STATES MAGISTRATE JUDGE